UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RAY SCHRUBB,<br><br>     Plaintiff,<br><br>   v.<br><br>FNU JAGER, et al.,<br><br>     Defendants. | No. 2:13-cv-1769-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel. He brings an action under 42 U.S.C. § 1983 against officials at Pelican Bay State Prison. A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b). Pelican Bay State Prison is in Del Norte County. Because Del Norte County lies within the venue of the Northern District of California, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b); 28 U.S.C. § 84(a).

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States
2 District Court for the Northern District of California.  *See* 28 U.S.C. § 1406(a).
3 Dated:  August 29, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2